IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKISHA KENT, o/b/o L.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE,[1] | : | NO. 06-4684 |
| Commissioner of | : | |
| Social Security Administration | : | |

## ORDER

AND NOW, this 21st day of May, 2007, upon consideration of plaintiff's motion for summary judgment with a Brief and Statement of Issues in Support of Request for Review, defendant's motion for summary judgment and Response to Request for Review of Plaintiff, and plaintiff's reply brief, and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

## ORDERED

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's motion for summary judgment is GRANTED;
3. Defendant's motion for summary judgment is DENIED;
4. This case is REMANDED in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter; and
5. Judgment is entered in favor of plaintiff and against defendant.
6. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
ROBERT F. KELLY,    J.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted as the defendant in this case.